THE HONORABLE ROBERT S. LASNIK

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| JANE DOE,<br><br>                 Plaintiff,<br><br>     v.<br><br>HOLLAND AMERICA LINE N.V., D/B/A HOLLAND AMERICA LINE N.V. LLC; HAL ANTILLEN N.V.; HOLLAND AMERICA LINE INC., AND HOLLAND AMERICA LINE-USA INC,<br><br>                 Defendants. | No. 2:15-cv-00087 RSL<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL** |

## STIPULATION

    **COME NOW** Plaintiff JANE DOE and Defendants HOLLAND AMERICA LINE N.V., D/B/A HOLLAND AMERICA LINE N.V. LLC, HAL ANTILLEN N.V., HOLLAND AMERICA LINE INC., and HOLLAND AMERICA LINE-USA INC., through their respective counsel, and stipulate to the entry of an Order of Dismissal of Plaintiff's Claims

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL
No. 2:15-cv-00087 RSL – Page 1

**NIELSEN ✥ SHIELDS**
P L L C
1000 Second Avenue, Suite 1950
Seattle, Washington 98104
206.728.1300

1
2  Against Defendants, in their entirety, with prejudice and without costs, for the reason that the
3  named parties have reached final settlement in this matter.
4     DATED this 16th day of June 2015.
5
6                                           *s/John Hickey (via email authorization)*
                                            John H. Hickey, FLBA 305081
7                                           Hickey Law Firm, P.A.
                                            1401 Brickell Avenue, Ste. 510
8                                           Miami, FL 33131
                                            Attorney for Plaintiff
9
                                            *s/Bjorg Eikeland (via email authorization)*
10                                          Bjorg Eikeland, Esq. FLBA 37005
                                            Hickey Law Firm, P.A.
11                                          1401 Brickell Avenue, Ste. 510
                                            Miami, FL 33131
12                                          Attorney for Plaintiff
13
14                                          *s/Louis A. Shields*
                                            Louis A. Shields, WSBA #25740
15                                          NIELSEN SHIELDS, PLLC
                                            1000 2nd Ave., Suite 1950
16                                          Seattle, WA  98104
                                            Phone: 206-728-1300
17                                          Fax:    206-728-1302
                                            las@nielsenshields.com
18                                          Attorney for Defendants
19
20
21
22
23

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL
No. 2:15-cv-00087 RSL – Page 2

[PROPOSED] ORDER

Based upon the foregoing Stipulation, the referenced claims of Plaintiff's are hereby dismissed with prejudice, and without costs.

Dated this _____ day of _____, 2015.

_____
The Honorable Robert S. Lasnik
United States District Court Judge

Presented By:

NIELSEN SHIELDS, PLLC

By *Louis A. Shields*
LOUIS A. SHIELDS, WSBA #25740
Nielsen Shields, PLLC
1000 2nd Ave., Suite 1950
Seattle, WA 98104
Phone: 206.728.1300
Fax:    206.728.1302
Email: las@nielsenshields.com
Attorneys for Defendants

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL
No. 2:15-cv-00087 RSL – Page 3

NIELSEN SHIELDS
P L L C
1000 Second Avenue, Suite 1950
Seattle, Washington 98104
206.728.1300

**CERTIFICATE OF SERVICE**

I hereby certify that on June 16, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Charles P. Moure, Esq.
Harris & Moure PLLC
600 Stewart Street, Suite 1200
Seattle, WA 98101

John H. Hickey, Esq.
Bjorg Eikeland, Esq.
Brett Sager, Esq.
Hickey Law Firm, P.A.
1401 Brickell Avenue, Ste. 510
Miami, FL 33131

I certify under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Signed at Seattle, Washington.

*Sheila Baskins*
Legal Assistant
1000 Second Avenue, Suite 1950
Seattle, Washington 98104
Telephone:  206-728-1300
Facsimile:  206-728-1302
smb@nielsenshields.com

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL
No. 2:15-cv-00087 RSL – Page 4

NIELSEN SHIELDS
P L L C
1000 Second Avenue, Suite 1950
Seattle, Washington 98104

21175 rf160301